UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMO RIVERA,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF SAN PABLO, et al.,<br><br>             Defendants. | Case No. 15-cv-01500-MEJ<br><br>**CORRECTION RE: ORDER TO SHOW CAUSE**<br><br>Re: Docket No. 8 |

On June 29, 2015, the Court ordered Plaintiff Maximo Rivera to show cause, in writing and no later than July 7, 2015, why this case should not be dismissed for failure to serve within the time required by Rule 4(m). Dkt. No. 8. However, the Order to Show Cause was incorrect in that it was intended to address Plaintiff's failure to file a case management statement by the June 25, 2015 deadline, and the fact that there is no indication on the docket that Defendants have been served. Accordingly, the Order to Show Cause remains in effect as to Plaintiff's apparent failure to prosecute this action, but Plaintiff need not address Rule 4(m)'s service requirements.

**IT IS SO ORDERED.**

Dated: July 7, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge