UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMO RIVERA,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF SAN PABLO, et al.,<br><br>   Defendants. | Case No. 15-cv-01500-MEJ<br><br>**ORDER DISCHARGING OSC AND RESCHEDULING CMC** |

On June 29, 2015, the Court ordered Plaintiff Maximo Rivera to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 8. Having received his response, the Order is DISCHARGED. Plaintiff shall complete service by July 30, 2015. Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held on August 20, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties shall file a Joint Case Management Statement by August 13, 2015, which shall contain the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge