LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail:  leonel@stubbsleone.com
          leedc@stubbsleone.com

Attorneys for Defendants
CITY OF SAN PABLO, OFFICER BRIAN MURPHY and
SERGEANT BRIAN BUBAR

JOHN L. BURRIS, ESQ. (SBN: 69888)
DeWitt LACY, ESQ. (SBN: 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland  CA 94621
Telephone:   (510) 839-5200
Facsimile:    (510) 839-3882
Email: Dewitt.Lacy@Johnburrislaw.com

Attorneys for Plaintiff
MAXIMO RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMO RIVERA, an individual, | **Case No.:  3:15-cv-01500-MEJ (JSC)** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: CASE MANAGEMENT SCHEDULE** |
| CITY OF SAN PABLO, et al, | |
| Defendants. | |

Plaintiff MAXIMO RIVERA ("RIVERA") and Defendants CITY OF SAN PABLO,

OFFICER BRIAN MURPHY and SERGEANT BRIAN BUBAR hereby stipulate by and

through their undersigned counsel of record to the following:

WHEREAS, on August 13, 2015 the Court vacated the Case Management Conference scheduled for August 20, 2015 and issued a Scheduling Order setting the commencement of trial on August 15, 2016. (Docket No. 15).  However, the trial date presents a conflict on defense counsel's calendar.

WHEREAS, the parties met and conferred and agreed to propose the following schedule to the Court:

Last day for the parties to exchange Rule 26 Disclosures: September 17, 2015;

Last day for Plaintiff to file First Amended Complaint: August 31, 2015;

Last day for Defendants to respond to First Amended Complaint: September 30, 2015;

Fact Discovery cut off: January 29, 2016;

Last day to file dispositive motions: February 25, 2016

Last day to hear dispositive motions: March 31, 2016 10:00 a.m.;

Plaintiff's Expert Disclosure: April 15, 2016;

Defendant's Expert Disclosure: April 22, 2016;

Last day to depose experts: May 19, 2016;

Submission of Proposed Pretrial Order: June 9, 2016;

Pretrial Conference: June 23, 2016 at 3:30 p.m.;

Trial: July 5, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  August 14, 2015          **LAW OFFICES OF JOHN BURRIS**

By:_____/s/  *DeWitt Lacy, Esq.*_____
    DeWITT LACY, ESQ.
    Attorneys for Plaintiff MAXIMO RIVERA

\\\

\\\

---

STIPULATION AND [PROPOSED]                    Case No.: 3:15-cv-01500-MEJ (JSC)
SCHEDULING ORDER

Dated:  August 14, 2015          **STUBBS & LEONE**

By:_____/s/_*Claudia Leed, Esq.*_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants CITY OF SAN PABLO,
OFFICER BRIAN MURPHY and SERGEANT
BRIAN BUBAR

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby issues the following Scheduling Order:

Last day for the parties to exchange Rule 26 Disclosures: September 17, 2015;

Last day for Plaintiff to file First Amended Complaint: August 31, 2015;

Disclosure of Expert Witnesses: November 27, 2015

Fact Discovery cut off: December 22, 2015;

Last day to file dispositive motions: January 21, 2016

Last day to hear dispositive motions: February 25, 2016 10:00 a.m.;

Exchange of Pretrial Disclosures: April 27, 2016;

Filing of Pretrial Disclosures: May 12, 2016

Submission of Joint Pretrial Conference Statement, Trial Briefs, Voir Dire, Jury
Instructions, Proposed Verdict Forms, and Motions in Limine: May 12,
2016 (Oppositions due May 19, 2016);

Pretrial Conference: June 2, 2016 at 3:30 p.m.;

Final Pretrial Conference: June 30, 2016 at 10:00 a.m.;

Trial: July 5, 2016.

**IT IS HEREBY ORDERED.**


Dated: August 17, 2015          _____
HON. MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND [PROPOSED]                 Case No.: 3:15-cv-01500-MEJ (JSC)
SCHEDULING ORDER