LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
E-mail:  leonel@stubbsleone.com
          leedc@stubbsleone.com

Attorneys for Defendants
CITY OF SAN PABLO, OFFICER BRIAN MURPHY and
SERGEANT BRIAN BUBAR

JOHN L. BURRIS, ESQ. (SBN: 69888)
DeWitt LACY, ESQ. (SBN: 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland  CA 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
Email: Dewitt.Lacy@Johnburrislaw.com

Attorneys for Plaintiff
MAXIMO RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIMO RIVERA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAN PABLO, et al, <br><br> Defendants. | **Case No.:  3:15-cv-01500-MEJ (JSC)** <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

   Plaintiff MAXIMO RIVERA ("RIVERA") and Defendants CITY OF SAN PABLO, OFFICER BRIAN MURPHY and SERGEANT BRIAN BUBAR hereby stipulate by and

through their undersigned counsel of record to the following:

WHEREAS, this case settled on October 15, 2015, contingent on the Medicare Lien either being satisfied from the settlement proceeds or waived.

WHEREAS, by notice dated April 21, 2016 Medicare waived its lien.

WHEREAS, the Settlement Agreement provides that within five days of receiving the settlement check, plaintiff's counsel will authorize the filing of a Stipulation and Proposed Order dismissing the entire action with prejudice, each party to bear their own fees and costs.

WHEREAS, the plaintiff's counsel received the settlement check on May 11, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 2, 2016         **LAW OFFICES OF JOHN BURRIS**

By:      /s/ *DeWitt Lacy, Esq.*
DeWITT LACY, ESQ.
Attorneys for Plaintiff MAXIMO RIVERA

Dated:  June 2, 2016         **LEONE & ALBERTS**

By:      /s/ *Claudia Leed, Esq.*
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants CITY OF SAN PABLO, OFFICER BRIAN MURPHY and SERGEANT BRIAN BUBAR

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby dismisses this entire action with prejudice.

**IT IS HEREBY ORDERED.**

Dated: June 2, 2016         _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND [PROPOSED] ORDER DISMISSING         Case No.: 3:15-cv-01500-MEJ (JSC)
ENTIRE ACTION WITH PREJUDICE